IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ROBERT JAMES WALKER | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv243 |
| ZENA STEPHENS, ET AL. | § | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Robert James Walker, Jr., proceeding *pro se*, filed the above-styled lawsuit. The Court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the claims against Zena Stephens and Jefferson County be dismissed for failure to state a claim upon which relief may be granted.

The Court has received and considered the Report and Recommendation, along with the record and pleadings. No objections to the Report and Recommendation have been filed.

### ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge [Dkt. 9] is ADOPTED as the opinion of the Court. The claims against Zena Stephens and Jefferson County are DISMISSED for failure to state a claim upon which relief may be granted.

**SIGNED this 6th day of November, 2023.**

Michael J. Truncale
United States District Judge