IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ROBERT JAMES WALKER, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:21cv243 |
| ROSE NABORS | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

Plaintiff Robert James Walker, Jr., proceeding *pro se*, filed the above-styled lawsuit against Rose Nabors. The Court previously referred this matter to the Honorable Zack Hawthorn. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss be granted and the case dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

The Court has received and considered the Report and Recommendation, along with the record and pleadings. No objections to the Report and Recommendation have been filed.

**ORDER**

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge [Dkt. 15] is ADOPTED as the opinion of the Court. The motion to dismiss [Dkt. 13] is GRANTED. A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED this 26th day of January, 2024.**

Michael J. Truncale
United States District Judge